

Christy E. Jachimowski<br>
185 Asylum Street, Suite 2603<br>
Hartford, Connecticut 06103<br>
Christy.Jachimowski@lewisbrisbois.com<br>
Direct: 860.566.8045

November 8, 2022

**VIA ECF**
The Honorable Janet Bond Arterton
Senior United States District Judge
141 Church Street – Room 118
New Haven, Connecticut 06510

      Re:   *Mary Oliver Benoit and Olivetree Cleaning Systems LLC v. Atalian Global Services*
              Civil Case No.: 3:21-cv-01670 (JBA)

Dear Judge Arterton:

    Please allow this letter to serve as Defendant Atalian Global Services, Inc.'s request to continue the oral argument on Motion to Dismiss [document #17] scheduled for November 30, 2022. Counsel for the defendant has a scheduling conflict as she is scheduled to participate in a 2 day mediation on November 29-30, 2022.

    Counsel for the plaintiff has consented to a continuance of the November 30th oral argument. All counsel are generally available for a rescheduled hearing on December 6. 2022.

    Based on all the foregoing, we request that the court reschedule the November 30th oral argument to December 6, 2022.

    Thank you for your Honor's consideration.

                                      Respectfully,

                                      Christy E. Jachimowski of
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

CJ/nls
cc. Attorney William S. Palmieri via email wpalmieri@hotmail.com and via CM/ECF transmittal